.IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRENNA BIRD, in her official capacity as the Attorney General of Iowa, and PAUL PATE, in his official capacity as the Secretary of State of Iowa, Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; UR M. JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services; and UNITED STATES CITIZENS AND IMMIGRATION SERVICES, Defendants. | Case No. 4:24-cv-423<br><br><br>**ERRATA** |

COMES NOW Eric H. Wessan, Solicitor General, and hereby notifies the Court that inadvertently the wrong documents 1-3 Exhibit B and 1-4 Exhibit C were filed in error. The correct documents are attached herein.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
(515) 823-9117

(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

### ATTORNEY FOR DEFENDANTS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on December 3, 2024:

☐ U.S. Mail       ☐ FAX
☐ Hand Delivery    ☐ Overnight Courier
☐ Federal Express   ☐ Other
☒ CM/ECF

Signature: */s/ Julie Sander*