# EXHIBIT C

| | |
|---|---|
| **From:** | DHS-SPS-RFI |
| **To:** | Ross, Michael |
| **Cc:** | Harmsen, Carrie S; Lochman, Jonathan M; Gookin, Eric; Johnson, Christy; DHS-SPS-RFI |
| **Subject:** | [EXTERNAL] RFI FORM RE: Request release of non-citizen status to Iowa Secretary of State for the General Election |
| **Date:** | Monday, October 28, 2024 1:01:32 PM |
| **Attachments:** | image001.png<br>DHS 10058 RFI FORM NEW 9.2024.pdf |
| **Importance:** | High |

### **Secretary of State Notice**

This email is from an external source. Think before you click links or open attachments. If you believe this email is phishing, please email this as an attachment to the SOS Help Desk.

Good afternoon Mr. Ross,

Please you or your staff fill out completely the attached form with full details including dates so that we can send you a tracking number and get the process started. This is our process. Please note the submit button on the form does not work. Thank you Sir.

**v/r,**

**Rachael Abarca**
RFI Manager
ISB Office/ Intelligence Watch and Coordination Center (scif)
Office of Intelligence and Analysis, DHS Headquarters
rachael.abarca@hq.dhs.gov
raabarca@dhs.ic.gov
rachael.abarca@dhs.sgov.gov
7666016 classified
202-870-2296

The ISB/DHS-SPS-RFI duty hours are **Monday - Friday 0800-1700** (excluding federal holidays). If you have an RFI that requires immediate action after duty hours, please contact the Intelligence Watch and Coordination Center 202-282-8309 or send an unclassified email to DHS.INTEL.CETC.Watch@hq.dhs.gov. **As a reminder, all urgent RFIs are typically facilitated within 72 hours after it has been received and acknowledged**.

---

**From:** Ross, Michael <Michael.Ross@sos.iowa.gov>
**Sent:** Monday, October 28, 2024 1:58 PM
**To:** DHS-SPS-RFI <DHS-SPS-RFI@hq.dhs.gov>
**Cc:** Harmsen, Carrie S <Carrie.S.Harmsen@uscis.dhs.gov>; Lochman, Jonathan M <jonathan.m.lochman@uscis.dhs.gov>; Gookin, Eric <Eric.Gookin@sos.iowa.gov>; Johnson, Christy

<Christy.Johnson@sos.iowa.gov>
**Subject:** Request release of non-citizen status to Iowa Secretary of State for the General Election

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

At the request of the local Des Moines Field Office, the Office of the Iowa Secretary of State is formally requesting the following information as listed below. The work has already been completed by the local field office and they are awaiting authorization to provide the results to our office.:

As a general matter, before DHS can accept a request for action/ information, the Department needs to know several important details to include:

◊ The specific information being requested – The initial list provided to Officer Lochman is a list of 2,176 people currently registered to vote in the State of Iowa who have self-reported to the Iowa Dep't of Transportation ("IDOT") that they were not U.S. Citizens. In some cases, this includes having requested an early voting ballot before next week's General Election. We are requesting the citizenship status for each person on the list, confirming whether the person has naturalized or remains a non-citizen.

◊ Why the information is being requested – The Iowa Secretary of State ("SOS") is the State of Iowa's State Commissioner of Elections and State Registrar of Voters (Iowa Code ch. 48A and Iowa Code ch. 47). SOS has a legal duty to ensure that Iowa's elections are conducted with fairness and integrity. This includes preventing ineligible people from voting and ensuring those who are allowed to vote are able to do. The list of 2,176 people was derived from the DOT's list of self-reported non-citizens, matched with the state voter registration database. This gives rise to reasonable suspicion that they may be unlawfully registered to vote, and in some cases have actually voted. The review conducted by Officer Lochman will help ensure that non-citizens do not vote while also protecting the rights of naturalized citizens to participate in next week's General Election.

◊ When the information is needed by – The information is needed by close of business today, Monday, October 28, 2024. **The work has been completed by the local Des Moines Field Office. The local Des Moines Field Office is waiting for your authorization to release the information to SOS.**

◊ Resources and databases already – The Iowa DOT database of both citizens and non-citizens, and the state voter registration database.

The election is days away (early voting is currently underway) and local precinct election officials need this information immediately to ensure a well administered election.

Please advise once you have received and provide a contact person for us.

Thank you,

- Michael

**Michael Ross**

*Deputy Secretary of State*

*Chief of Staff*

Office of Iowa Secretary of State


[sos.iowa.gov](sos.iowa.gov)

Paul D. Pate

State Capitol

Des Moines, IA 50319

Cell: (515) 975-4730

[michael.ross@sos.iowa.gov](michael.ross@sos.iowa.gov)

**SERVICE · PARTICIPATION · INTEGRITY**