UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|   |   |   |
|---|---|---|
| BRENNA BIRD, in her official capacity as Attorney General of Iowa, *et al.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | No. 4:24-cv-423-SHL-HCA |
| ALEJANDRO MAYORKAS, in his official Capacity as United States Secretary of Homeland Security, *et al.*, | | |
| Defendants. | | |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Alejandro Mayorkas in his official capacity as Secretary of the U.S. Department of Homeland Security (the "Secretary"); the U.S. Department of Homeland Security (the "Department"); Ur M. Jaddou in her official capacity as Director of U.S. Citizenship and Immigration Services (the "Director"), and the U.S. Citizenship and Immigration Services ("USCIS" and collectively with the Secretary, Department, and Director, "Defendants") respectfully move the Court for a 60-day extension to answer or otherwise respond to the Complaint, *see* ECF No. 1 ("Compl."), from February 4, 2025 to April 7, 2025.[1] The undersigned counsel has consulted with counsel for the Plaintiffs, who consent to the requested extension. In support of this Motion, Defendants state as follows:

1. On December 3, 2024, Plaintiffs filed this action seeking to compel the Department to provide a response to Plaintiffs' voter citizenship inquiries. *See* Complaint, ECF No. 1.

---

[1] A sixty-day extension would place the new deadline on April 5, 2025, which is a Saturday. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), because the last day of the time period is a Saturday, the deadline runs through the next day that is not a Saturday, Sunday, or legal holiday—that is, April 7, 2025.

1

2. The Complaint was served on the United States Attorney for the Southern District of Ohio on December 6, 2024. As result, Defendants' deadline to answer or otherwise respond to the Complaint is February 4, 2025. *See* Fed. R. Civ. P. 12(a)(2).

3. Defendants respectfully request an extension of 60 days, from February 4, 2025 to April 7, 2025, to answer or otherwise respond to the Complaint. Defendants respectfully submit that good cause exists to grant the requested extension: Defendants require additional time to obtain sufficient information to respond to the Complaint and to coordinate with the defending agency clients and in light of undersigned counsel's workload in other cases to which he is assigned. No previous extensions of time have been requested by Defendants in this matter. *See* Local Rule 7j.

4. Pursuant to Local Rule 7k, the undersigned conferred with Plaintiffs' counsel, who consent to the relief sought herein. No trial date or other deadlines have been set in this case, and the granting of this extension will not impact any other deadline.

WHEREFORE, Defendants respectfully submit that the Court should grant the requested relief to extend the time within which Defendants must answer or otherwise respond by sixty (60) days, up to and including April 7, 2025.

| | |
|---|---|
| Dated: January 6, 2025 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>JOSHUA E. GARDNER<br>Special Counsel<br>Civil Division<br><br><u>/s/ Samson F. Cohen</u><br>Samson F. Cohen (D.C. Bar No. 90004821)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel.: (202) 353-7203<br>Email: Samson.F.Cohen@usdoj.gov<br><br>*Counsel for Defendants* |