## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| BRENNA BIRD, in her official capacity as Attorney General of Iowa, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,[1]<br><br>Defendants. | No. 4:24-cv-423-SHL-HCA |

## DEFENDANTS' SECOND CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants United States Department of Homeland Security (DHS), Kristi Noem in her official capacity as Secretary of Homeland Security, Kika Scott in her official capacity as Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services, and U.S. Citizenship and Immigration Services (collectively, "Defendants") respectfully request a 90-day extension of time to answer or otherwise respond to the Complaint. As good cause for this request, to which Plaintiffs consent, Defendants offer the following:

1. On December 3, 2024, Plaintiffs filed this action seeking to compel Defendants to provide a response to Plaintiffs' voter citizenship inquiries. *See* ECF No. 1.

2. After one extension, Defendants' current deadline to answer or otherwise respond to the Complaint is April 7, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kristi Noem, Secretary of Homeland Security, is automatically substituted as a defendant in her official capacity for her predecessor, Alejandro Mayorkas. Likewise, Kika Scott, Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services, is automatically substituted as a defendant in her official capacity for former Director Ur M. Jaddou.

3. Defendants now respectfully request 90 additional days to answer or otherwise respond to the Complaint.

4. In light of the recent change in Administration, Defendants require additional time to confer with new leadership within the Department of Homeland Security and the Department of Justice about this matter and to develop, and give full consideration to, an appropriate response to the allegations in Plaintiffs' complaint.

5. Even setting aside the recent change in Administration, counsel for Defendants would need a significant period of additional time to prepare Defendants' response due to the press of other significant litigation deadlines, some of which arose after Defendants' previous extension motion.

6. This is Defendants' second request for an extension of this deadline. No trial date or other deadlines have been set in this case, and the granting of this extension will not impact any other deadline.

7. Pursuant to Local Rule 7(k), before filing this motion, counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs consent to the relief requested in this motion.

8. For these reasons, Defendants respectfully request a 90-day extension of time to answer or otherwise respond to the Complaint.

Dated: March 14, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*