## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

BRENNA BIRD, in her official capacity as Attorney General of Iowa, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,[1]

Defendants.

No. 4:24-cv-423-SHL-HCA

## **ANSWER**

Defendants answer the allegations in Plaintiffs' complaint, ECF No. 1, as follows:

1. Denied.

2. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first and third sentences of this paragraph. The allegations in the second sentence of this paragraph are admitted. The allegations in the fourth sentence of this paragraph are denied.

3. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

5. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kristi Noem, Secretary of Homeland Security, is automatically substituted as a defendant in her official capacity for her predecessor, Alejandro Mayorkas. Likewise, Angelica Alfonso-Royals, Acting Director of U.S. Citizenship and Immigration Services, is automatically substituted as a defendant in her official capacity for former Director Ur M. Jaddou.

6. Denied.

7. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

8. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

9. Denied.

10. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of this paragraph. The remaining allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

11. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

12. Denied.

## PARTIES

13. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

15. The allegations in the first sentence of this paragraph are denied. As for the allegations in the second sentence of this paragraph, admitted that Kristi Noem is sued in her official capacity as Secretary of Homeland Security. Any remaining allegations in this paragraph are denied.

16. The allegations in the first sentence of this paragraph are admitted. The remaining allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

17. The allegations in the first sentence of this paragraph are denied. As for the allegations in the second sentence of this paragraph, admitted that Angelica Alfonso-Royals is sued in her official capacity as Acting Director of U.S. Citizenship and Immigration Services (USCIS). Any remaining allegations in this paragraph are denied.

18. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

## JURISDICTION AND VENUE

19. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

20. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

21. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

22. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

23. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

24. Denied.

## BACKGROUND

25. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

26. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

27. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

28. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

29. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

30. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

31. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

32. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

33. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

34. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

35. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

36. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

37. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

38. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

39. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required. To the extent a response is deemed required, defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

40. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

41. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

42. Defendants admit that, in some circumstances, "it is possible for a non-U.S.-citizen to register to vote without using a driver's license or ID card." Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

43. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

44. Admitted that Iowa state officials made a request under 8 U.S.C. § 1373(c). Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph.

45. Denied.

46. Defendants admit that on October 25, 2025, there were communications between the Chief of Staff of the Iowa Secretary of State and a USCIS employee from USCIS's Des Moines field office, and that the USCIS employee asked if the Iowa Secretary of State's office would be willing to share certain information with USCIS, to determine whether USCIS could use that information to do a citizenship or immigration-status check. Defendants lack knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph. To the extent a response is deemed required to the remaining allegations in this paragraph, denied.

47. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph. To the extent a response is deemed required, denied.

48. The allegations in the first sentence of this paragraph are admitted. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the second sentence of this paragraph.

49. Admitted.

50. Denied.

51. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

52. Denied.

53. Denied.

54. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

55. Denied.

56. Denied.

57. Denied.

58. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

59. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of this paragraph. The allegations in the second sentence of this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

60. Denied.

## CLAIMS FOR RELIEF

### Count One

61. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

62. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

63. Admitted.

64. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

### Count Two

65. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

66. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

67. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

68. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

**Count Three**

69. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

70. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

71. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

72. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

73. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

74. The allegations in this paragraph consist of conclusions of law, rather than allegations of fact, to which no response is required.

**RELIEF REQUESTED**

The remaining, unnumbered paragraph of the complaint contains a prayer for relief, to which no response is required. To the extent a response is deemed required, Defendants deny that Plaintiffs are entitled to any relief.

**AFFIRMATIVE DEFENSES**

Defendants reserve the right to raise any affirmative defense—including, but not limited to, those expressly found in Federal Rule of Civil Procedure 8(c)—that may be supported by the record.

\*   \*   \*

WHEREFORE, Defendants, having fully answered the factual allegations of the complaint, request that this Court dismiss Plaintiffs' Complaint with prejudice or enter judgment in Defendants' favor and request such further relief as the Court deems appropriate

Dated: July 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*