# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

BRENNA BIRD, in her official capacity as Attorney General of Iowa, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

No. 4:24-cv-423-SHL-HCA

## JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER

The parties, having conferred, respectfully submit the following joint status report and proposed scheduling order, in response to the Court's order of July 7, 2025, ECF No. 14.

The parties are currently engaged in active settlement discussions, and have recently made significant progress. The parties intend to hold a meeting, no later than the week of August 4, between the Department of Homeland Security, the Department of Justice, Plaintiffs' counsel in this case, and Plaintiffs' counsel in four other pending cases raising similar issues.[1] The parties remain hopeful that they will ultimately be able to resolve this matter without the need for further involvement from the Court. Nevertheless, the parties' discussions are ongoing, and the parties need additional time to attempt to reach an agreement and then reduce it to writing.

If the parties are ultimately unable to reach a negotiated resolution, Plaintiffs in this case raise claims under the Administrative Procedure Act, which would typically be reviewed on the basis of an administrative record, without the need for any discovery. *See* Local Rule 16(d)(1) (exempting "[a]n action for judicial review based on an administrative record" from the requirement to submit a

---

[1] *See Florida v. DHS*, 3:24-cv-00509 (N.D. Fla.); *Indiana v. DHS*, 1:25-cv-00732 (S.D. Ind.); *Ohio v. DHS*, 3:24-cv-00283 (S.D. Ohio); *Att'y Gen. of Tex. v. Noem*, 4:24-cv-00049 (W.D. Tex.).

"proposed scheduling order and discovery plan"). So it is not clear whether any discovery will ever be necessary in this case.

For all these reasons, at least at this time, the parties jointly propose that the Court (1) reset the upcoming scheduling conference for some time that is convenient for the Court in late-September or early-October of 2025, and (2) order the parties to file another joint status report no later than seven days before that conference. The parties are hopeful that this case will be resolved before then. But, if it is not, the parties respectfully request the opportunity to confer and offer their scheduling proposal (or separate proposals, if they cannot reach agreement) at that time.

Dated: July 25, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            ANDREW I. WARDEN
                                            Assistant Branch Director

                                            */s/ Stephen M. Pezzi*
                                            STEPHEN M. PEZZI
                                            Florida Bar No. 1041279
                                            Senior Trial Counsel
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, NW
                                            Washington, DC 20005
                                            Tel: (202) 305-8576
                                            Email: stephen.pezzi@usdoj.gov

                                            *Counsel for Defendants*


                                            BRENNA BIRD
                                            Attorney General of Iowa
                                            */s/ Eric H. Wessan*
                                            ERIC H. WESSAN
                                            Solicitor General
                                            1305 E. Walnut Street
                                            Des Moines, Iowa 50319
                                            (515) 823-9117
                                            (515) 281-4209 (fax)
                                            eric.wessan@ag.iowa.gov

                                            *Counsel for State of Iowa*