# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| BRENNA BIRD, in her official capacity as Attorney General of Iowa, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 4:24-cv-423-SHL-HCA |

## JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER

The parties, having conferred, respectfully submit the following joint status report and proposed scheduling order, in response to the Court's order of July 28, 2025, ECF No. 16. The parties continue to be engaged in active settlement discussions, and are hopeful that they are on the cusp of reaching an agreement that would ultimately result in the dismissal of this suit, in its entirety, without the need for further involvement from the Court. Nevertheless, the parties' discussions are not yet completed, and the parties request a brief period of additional time to conclude their discussions.

Accordingly, the parties respectfully request three additional weeks to continue settlement discussions. The parties are hopeful that they can reach an agreement during that three-week period. If not, the parties will provide a joint proposed schedule for further proceedings (or separate proposals, if they cannot reach agreement) at that time.

Dated: September 30, 2025              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*


BRENNA BIRD
Attorney General of Iowa
*/s/ Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*