# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

BRENNA BIRD, in her official capacity as Attorney General of Iowa, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

No. 4:24-cv-423-SHL-HCA

## **CONSENT MOTION FOR A STAY DUE TO LAPSE IN APPROPRIATIONS**

The United States of America hereby moves for a stay of the parties' October 21, 2025 deadline to file a joint status report in this case. As good cause for this request, to which Plaintiffs consent, the United States offers the following:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive Branch agencies, including Defendant the Department of Homeland Security. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, attorneys at the Department of Justice are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the parties' October 21, 2025 deadline to file a joint status report in this case, until Congress has restored appropriations.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds. The Government requests that, at that point, all current deadlines

for the parties be extended commensurate with the duration of the lapse in appropriations—*i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5.   Opposing counsel has authorized counsel for the Government to state that Plaintiffs consent to the relief requested in this motion.

6.   Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the parties' October 21, 2025 deadline to file a joint status report until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*