UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

BRENNA BIRD, in her official capacity as Attorney General of Iowa, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

No. 4:24-cv-423-SHL-HCA

**STATUS REPORT**

Defendants hereby provide the following status report, as required by the Court's October 15, 2025 Order, ECF No. 20 ("Counsel for the United States shall file a report within three days after Congress has appropriated funds for the Department of Justice.").

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act of 2026 was signed into law by the President. That law restored appropriations to the Department of Justice and the Department of Homeland Security, effective November 13, 2025.

As reported in the parties' most recent joint status report, ECF No. 17, before the lapse in appropriations, the parties were engaged in active settlement discussions, and were close to reaching an agreement that would have resulted in the dismissal of this suit, in its entirety, without the need for further involvement from the Court. The lapse in appropriations delayed those discussions, but they have now resumed, with the most recent proposal having been exchanged between the parties this past weekend, on Saturday, November 15, 2025. Nevertheless, due to the delay caused by the lapse in appropriations, the parties' discussions are not yet completed, and the parties thus need a brief period of additional time to reach an agreement to resolve this case and reduce it to writing.

Accordingly, Defendants propose that the Court provide the parties another 30 days to continue settlement discussions. Accounting for upcoming holidays, Defendants are hopeful that the parties can reach an agreement to resolve this litigation before the end of that 30-day period. If not, Defendants propose that the parties provide a joint proposed schedule for further proceedings (or separate proposals, if they cannot reach agreement) at that time.

Dated: November 17, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　ANDREW I. WARDEN
　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　/s/ Stephen M. Pezzi
　　　　　　　　　　　　　　　　　　　STEPHEN M. PEZZI
　　　　　　　　　　　　　　　　　　　Florida Bar No. 1041279
　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　Tel: (202) 305-8576
　　　　　　　　　　　　　　　　　　　Email: stephen.pezzi@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*