# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| BRENNA BIRD, in her official capacity as the Attorney General of Iowa, and<br><br>PAUL PATE, in his official capacity as the Secretary of State of Iowa,<br><br>*Plaintiffs*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>*Defendants*. | Case No. 4:24-cv-00423-SHL-SBJ<br>The Hon. Stephen H. Locher<br>The Hon. Stephen B. Jackson |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with this stipulation of dismissal signed by all parties who have appeared, the Plaintiffs hereby voluntarily dismiss this case without prejudice, with each party to bear its own costs and fees.

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric H. Wessan*
ERIC H. WESSAN
Solicitor General
PATRICK C. VALENCIA
Deputy Solicitor General
ANGELA STUEDEMANN*
Assistant Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
angela.stuedemann@ag.iowa.gov

*Counsel for State of Iowa*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*